UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT WILLIE JOHNSON,

                Plaintiff,

          -against-

SOCIAL SECURITY ADMINISTRATION,
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION, U.S. DEPARTMENT OF
TREASURY, FEDERAL RESERVE BANK,
OFFICE OF COMPTROLLER,

                Defendants.

26-CV-2788 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On July 10, 2020, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Johnson v. O'Hagan Wolfe*, ECF 1:19-CV-7337, 8 (S.D.N.Y. July 10, 2020). Plaintiff filed this new action *pro se*, sought IFP status,[1] but did not seek leave from the Court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the July 10, 2020 order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   April 24, 2026
         New York, New York

                              /s/Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                        Chief United States District Judge

---

[1] Plaintiff, who was detained at FCI Lewisburg at the time of filing, did not include a prisoner authorization form.