UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT WILLIE JOHNSON,

              Plaintiff,

       -against-

SOCIAL SECURITY ADMINISTRATION,
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION, U.S. DEPARTMENT OF
TREASURY, FEDERAL RESERVE BANK,
OFFICE OF COMPTROLLER.,

              Defendants.

26 CIVIL 002788 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 24, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

      SO ORDERED.

Dated:   April 29, 2026

       New York, New York

                           /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
              Chief United States District Judge